FILED
11/20/2015 11:45:41 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Laura Rodriguez

ACCEPTED
04-15-00734-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 9:41:58 AM
KEITH HOTTLE
CLERK

04-15-00734-CV

CAUSE NO. 2013-CI-10667

| | | |
|---|---|---|
| MAURA KRAUS, | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| CORDELIA MOSCRIP, ET AL., | § | |
| *Defendants*. | § | 438TH JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 9:41:58 AM
KEITH E. HOTTLE
Clerk

## DEFENDANTS' REQUEST FOR AND DESIGNATION OF REPORTER'S RECORD

TO THE HONORABLE REPORTER OF SAID COURT, CINDY HYATT:

Defendants have duly and timely filed a Notice of Appeal in the above-styled cause. Defendants now respectfully file their request for preparation of the Reporters' Record, pursuant to Texas Rule of Appellate Procedure 34.6, and request all matters listed on Exhibit A, attached hereto and made a part hereof for all purposes.

Dated: November 20, 2015.

> Respectfully submitted,
>
> KEN PAXTON
> Attorney General of Texas
>
> CHARLES E. ROY
> First Assistant Attorney General
>
> JAMES E. DAVIS
> Deputy Attorney General for Civil Litigation
>
> ANGELA V. COLMENERO
> Chief, General Litigation Division
>
> /s/ Anne Marie Mackin
> **ANNE MARIE MACKIN**
> Texas Bar No. 24078898
> Assistant Attorney General
> General Litigation Division
> P.O. Box 12548, Capitol Station

1

Austin, Texas 78711-2548
Direct: (512) 475-4080
Facsimile: (512) 320-0667
anne.mackin@texasattorneygeneral.gov

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

sent by electronic notification through File & ServExpress and email on this the 20th day

of November, 2015, to:

Lisa A. Vance
Law Office of Lisa A. Vance, P.C.
407 8th Street
San Antonio, Texas 78215-1504
lvance@lisavancelaw.com


/s/ Anne Marie Mackin
Anne Marie Mackin
Assistant Attorney General

2

**Exhibit "A"**

1.      Transcript of the hearing on Defendants' Motion to Dismiss, heard on November 9, 2015.